IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN J. CHESKIEWICZ, a minor, by his parents and natural guardians, ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, and ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, in their own right,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>AVENTIS PASTEUR, INC., individually and as successor in interest to CONNAUGHT LABORATORIES, INC., PASTEUR MERIEUX and PASTEUR MERIEUX CONNAUGHT; GLAXOSMITHKLINE, individually and as successor in interest to SMITHKLINE BEECHAM CORP.; WYETH, individually and as successor in interest to AMERICAN HOME PRODUCTS, CORP. d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETH LEDERLE VACCINES AND LEDERLE LABORATORIES; MERCK & COMPANY, INC.; PFIZER, INC., a subsidiary of WARNER LAMBERT, individually and as a successor in interest to PARKE-DAVIS, INC.; ABBOTT LABORATORIES; ELI LILLY & COMPANY; SIGMA-ALDRICH, INC.; AMERICAN INTERNATIONAL CHEMICAL, INC.; and JOHN DOES 1-10,<br><br>　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 02-3583<br><br><br><br><br><br><br><br><br>COURT OF COMMON PLEAS<br>OF PHILADELPHIA COUNTY<br><br>MAY TERM, 2002<br><br>CIVIL ACTION NO. 0952 |

**NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441 (DIVERSITY)**

TO:　　CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA; CLERK OF THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY; and PLAINTIFFS, through their attorney of record, CHRISTOPHER A. GOMEZ

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441, Defendants Wyeth, Wyeth Laboratories, Wyeth-Ayerst, Wyeth-Ayerst Laboratories, Wyeth Lederle, Wyeth Lederle Vaccines and Lederle Laboratories (collectively "Wyeth")[1], joined by all other Defendants, hereby remove the above-captioned action from the Court of Common Pleas of Philadelphia County to the United States District Court for the Eastern District of Pennsylvania.

1. On May 10, 2002, a civil action was commenced in the Court of Common Pleas of Philadelphia County, Pennsylvania, entitled <u>Alan J. Cheskiewicz, a minor, by his parents and natural guardians, Allan J. Cheskiewicz and Rita M. Cheskiewicz, and Allan J. Cheskiewicz and Rita M. Cheskiewicz, in their own right v. Aventis Pasteur, Inc., individually and as successor in interest to Connaught Laboratories, Inc., Pasteur Merieux and Pasteur Merieux Connaught; GlaxoSmithKline, individually and as successor in interest to SmithKline Beecham Corp.; Wyeth, individually and as successor in interest to American Home Products, Corp. d/b/a Wyeth, Wyeth Laboratories, Wyeth-Ayerst, Wyeth-Ayerst Laboratories, Wyeth Lederle, Wyeth Lederle Vaccines and Lederle Laboratories; Merck & Company, Inc.; Pfizer, Inc., a subsidiary of Warner Lambert, individually and as a successor in interest to Parke-Davis, Inc.; Abbott Laboratories; Eli Lilly & Company; Sigma-Aldrich, Inc.; American International Chemical, Inc.; and John Does 1-10.</u> Pursuant to 28 U.S.C. § 1446(a), a copy of the initial pleading is attached as Exhibit A.

2. Wyeth first received a copy of the Complaint on May 21, 2002. This Notice of Removal is therefore timely under 28 U.S.C. § 1446.

3. The action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity), and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441.

---

[1] American Home Products Corporation changed its name to Wyeth on March 11, 2002.

4. Based on Plaintiffs' Complaint, which alleges permanent neurological and neurodevelopmental injury to a minor child, the amount in controversy in this action appears to exceed $75,000, exclusive of interest and costs, although Defendants expressly deny liability to the Plaintiffs for any amount.

5. As alleged in the Complaint, Plaintiffs and Defendants are and were citizens of different states, except for the named Defendants GlaxoSmithKline and Aventis Pasteur, Inc., which maintain principal places of business in Pennsylvania, where Plaintiffs claim citizenship. The Pennsylvania citizenship of these corporate Defendants, who are purportedly sued as vaccine manufacturers and suppliers, should be disregarded for purposes of determining diversity jurisdiction under 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b) because, under the National Childhood Vaccine Injury Act ("the Vaccine Act" or "the Act"), Plaintiffs have no remotely colorable cause of action against these Defendants. Claims for alleged vaccine-related injuries cannot be asserted against vaccine manufacturers in court until Plaintiffs have first filed a petition for compensation under the Act. 42 U.S.C. § 300aa-11(a)(2)(A). When such a petition has never been filed, the Act requires that the civil action be dismissed. Id. § 300aa-11(a)(2)(B). The Plaintiffs do not claim to have ever filed a petition for compensation under the Act. Because the Act requires threshold dismissal of Plaintiffs' claims against these two Defendants, they should be deemed "sham" Defendants which have been "fraudulently" joined to defeat diversity jurisdiction.

6. The citizenship of the fictitious "John Doe" Defendants named in Plaintiffs' Complaint must also be disregarded for purposes of determining removal jurisdiction pursuant to 28 U.S.C. § 1441(a).

7. Disregarding the above-described Defendants, none of the Defendants are citizens of Pennsylvania. This case is one between citizens of different states where the matter in controversy exceeds $75,000 and this Court has jurisdiction under 28 U.S.C. § 1332.

-4-

8.    Venue of this removal action is proper pursuant to 28 U.S.C. § 1442(a) because this Court is the United States District Court for the district and division embracing the place wherein the state court action was pending.

Respectfully submitted,

_____
MICHAEL T. SCOTT
ANDREA J. REA
**REED SMITH LLP**
2500 One Liberty Place
Philadelphia, PA 19103
(215) 851-8100

STEPHEN L. URBANCZYK
F. LANE HEARD, III
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, DC 20005
(202) 434-5000

COUNSEL FOR **DEFENDANTS WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETH LEDERLE VACCINES** AND **LEDERLE LABORATORIES**

DATED: June 4, 2002

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice Of Removal has been served via first-class mail, postage prepaid, this 4th day of June, 2002, upon the following counsel of record:

Christopher A. Gomez, Esquire
Miller & Associates
Two Bala Plaza
Suite 300
Bala Cynwyd, PA  19004
**Counsel for Plaintiffs**

Raymond Kolts, Esquire
Dean & Kolts
2020 Lakewood Drive, Suite 212
Coeur d'Alene, ID  83814
**Counsel for Sigma-Aldrich**

Stephanie A. Smith, Esquire
Fulbright & Jaworski, L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78702-3271
**Counsel for GlaxoSmithKline**

David R. Iler, Esquire
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, TX  77010
**Counsel for GlaxoSmithKline**

Debbie Moeller, Esquire
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO  64105-2118
**Counsel for Eli Lilly & Company, Inc.**

Nina M. Gussack, Esquire
Eugene J. Kuzinski, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103
**Counsel for GlaxoSmithKline**

Richard Josephson, Esquire
Paul R. Elliott, Esquire
Baker Botts L.L.P.
910 Louisiana Street, Suite 2900
Houston, TX  77002-4995
**Counsel for Abbott Laboratories**

Timothy E. Foley, Esquire
Daniel E. Cummins, Esquire
Foley, Cognetti, Comerford & Cimini
700 Scranton Electric Building
507 Linden Street
Scranton, PA  18503-1666
**Counsel for Abbott Laboratories**

Stephanie A. Scharf, Esquire
Jenner & Block LLC
One IBM Plaza
Chicago, IL  60611
**Counsel for Pfizer and Parke-Davis, Inc.**

James A. Willhite, Jr.
Catherine M. Reisman
Montgomery, McCracken,
 Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
**Counsel for Pfizer and Parke-Davis, Inc.**

-2-

| | |
|---|---|
| Michael J. Donohue, Esquire<br>Kreder, Brooks, Hailstone & Ludwig<br>220 Penn Avenue, Suite 200<br>Scranton, PA  18503<br><br>**Counsel for Eli Lilly & Company, Inc.**<br><br>**American International Chemical, Inc.**<br>70 West Elizabeth Lane<br>Richboro, PA  18954<br><br>Dino S. Sangiamo, Esquire<br>Margaret W. Baker, Esquire<br>Venable Baetjer & Howard, LLP<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, MD  21201-2978<br><br>**Counsel for Merck & Company, Inc.** | Jonathan Dryer, Esquire<br>Wilson, Elser, Moskowitz,<br>  Edelman & Dicker, LLP<br>The Curtis Center, Suite 1130<br>East Independence Square West<br>Philadelphia, PA  19106<br><br>**Counsel for Aventis Pasteur, Inc.,**<br>**Connaught Laboratories, Inc., Pasteur**<br>**Merieux and Pasteur Merieux Connaught** |

_____
MICHAEL T. SCOTT