**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALAN J. CHESKIEWICZ**, a Minor | : | |
| **ALAN J. CHESKIEWICZ, Father,** | : | |
| **and RITA M. CHESKIEWICZ, Mother** | : | |
| **11 Woodside Dr.** | : | |
| **Dallas, PA 18612,** | : | |
| | : | **C. A. No.** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AVENTIS PASTEUR, INC., et al.** | : | |
| **Defendants.** | : | |

**SMITHKLINE BEECHAM CORPORATION'S
<u>CONSENT TO REMOVAL</u>**

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline,  pleaded as

"GLAXOSMITHKLINE, Individually and as Successor in Interest to SMITHKLINE

BEECHAM CORP.," through its undersigned counsel, hereby gives notice to the Court that it

consents to the Notice of Removal filed in the above-captioned case on June 4, 2002.

Respectfully submitted,

OF COUNSEL:                                  _____
                                             NINA M. GUSSACK
                                             EUGENE J. KUZINSKI
David Iler                                   PEPPER HAMILTON LLP
FULBRIGHT & JAWORSKI LLP                      3000 Two Logan Square
1301 McKinney, Suite 5100                    18th & Arch Streets
Houston, Texas 77010                         Philadelphia, PA 19103-2799

Stephanie A. Smith                           Attorneys for Defendant
FULBRIGHT & JAWORSKI LLP                      SmithKline Beecham Corporation
600 Congress, Suite 2400                     d/b/a GlaxoSmithKline
Austin, TX  78701

Dated: June 5, 2002