IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN J. CHESKIEWICZ, a minor by his parents and natural guardians, ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, et al. : : : : v. : : AVENTIS PASTEUR, INC., individually and as successor in interest to CONNAUGHT LABORATORIES, INC., et al. : : : | CIVIL ACTION<br><br><br><br><br><br><br><br>NO. 02-3583 |

## **ORDER**

AND NOW, this            day of June, 2002, it is **ORDERED** that:

1. Upon review of plaintiffs complaint, the management track of this case shall be changed from "SPECIAL" to "STANDARD." The Clerk shall modify the docket accordingly.

2. A hearing on a rule to show cause why this court has jurisdiction to hear this case will be held on **JULY 8, 2002** at **2:00 P.M.** in a courtroom to be assigned. Counsel shall report to Chambers on that date and time and will be directed to the proper courtroom.

S.J.