IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN J. CHESKIEWICZ, a minor, by his parents and natural guardians, ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, and ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, in their own right,<br><br>    Plaintiffs,<br><br>    v.<br><br>AVENTIS PASTEUR, INC., et al.<br><br>    Defendants. | :<br>:  Civil Action No. 02-CV-3583<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

    Kindly enter our appearance on behalf of defendant Aventis Pasteur Inc.

    Respectfully submitted,

    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
    Jonathan Dryer, Esquire
    Pa. I.D. No. 34496
    The Curtis Center, Suite 1130E
    Philadelphia, PA 19106
    215/627-6900
    Attorneys for Defendant
    Aventis Pasteur Inc.

Dated: June 11, 2002

77123.1