IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN J. CHESKIEWICZ, a minor, by his parents and natural guardians, ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, and ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, in their own right,<br><br>     Plaintiffs,<br><br>  v.<br><br>AVENTIS PASTEUR, INC., et al.<br><br>     Defendants. | Civil Action No. 02-CV-3583 |

## **CONSENT TO REMOVAL**

    Defendant Aventis Pasteur Inc., through its undersigned counsel, hereby gives notice that it consents to and joins in the Notice of Removal filed in the above-captioned case on June 4, 2002.

              Respectfully submitted,

              WILSON, ELSER, MOSKOWITZ, EDELMAN &
              DICKER LLP

    By: _____
      Jonathan Dryer, Esquire
      Pa. I.D. No. 34496
      The Curtis Center, Suite 1130E
      Philadelphia, PA 19106
      215/627-6900
      Attorneys for Defendant
      Aventis Pasteur Inc.

Dated: June 11, 2002

77122.1