IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN J. CHESKIEWICZ, a minor, by his parents and natural guardians, ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, and ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, in their own right,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>AVENTIS PASTEUR, INC., et al.<br><br>　　　　　　Defendants. | Civil Action No. 02-CV-3583 |

## CONSENT TO REMOVAL

Defendant, Sigma-Aldrich, Inc., through its undersigned counsel, hereby gives notice to the Court that it consents to and joins in the Notice of Removal filed in the above-captioned case on June 4, 2002.

Respectfully submitted,

_____
DENISE H. HOUGHTON, ESQUIRE
Attorney for Defendant, Sigma-Aldrich, Inc.

Dated:_____