IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN J. CHESKIEWICZ, a minor, by his parents and natural guardians, ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, and ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, in their own right,<br>Plaintiffs,<br><br>v.<br><br>AVENTIS PASTEUR, INC., et al.<br>Defendants. | CIVIL ACTION<br><br>NO. 02-CV-3583 |

**PLAINTIFFS' RULE 41 NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANTS PFIZER INC AND WARNER-LAMBERT COMPANY
INCLUDING ITS PARKE-DAVIS DIVISION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiffs hereby dismiss the above action without prejudice as to Defendants Pfizer Inc and Warner-Lambert Company, including its Parke Davis division (which were mistakenly identified in the caption as "Pfizer, Inc., a subsidiary of Warner-Lambert, individually and as a successor in interest to Parke-Davis, Inc."). The Defendants have not yet answered the Complaint.

Respectfully submitted,

Dated: June 11, 2002

Michele A. DiMartino
Miller & Associates
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004
(610) 660-7779
Attorney for Plaintiffs

808140v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2002 a true and correct copy of the foregoing Rule 41 Notice Of Voluntary Dismissal was served by First Class United States Mail, postage pre-paid, upon the persons and at the addresses shown on the attached Service List.

_Michele A. DiMartino_
Michele A. DiMartino

808140v1

## SERVICE LIST

| | |
|---|---|
| **James A. Willhite, Jr., Esquire**<br>Catherine Merino Reisman<br>Montgomery, McCracken, Walker &<br>Rhoads, LLP<br>123 South Broad Street<br>Philadelphia, PA 19109<br>(215) 772-1500 | **Counsel for Pfizer Inc and Warner-Lambert Company** |
| **Raymond Kolts, Esquire**<br>Dean & Kolts<br>2020 Lakewood Drive, Suite 212<br>Coeur d'Alene, ID 83814<br>(208) 664-9844<br>Fax: (208) 664-7794<br>Rgk@deankolts.com | **Counsel for Sigma-Aldrich** |
| **Stephanie A. Smith, Esquire**<br>Fulbright & Jaworski, L.L.P.<br>600 Congress Avenue, Suite 2400<br>Austin, TX 78702-3271<br>(512) 474-5201<br>Fax: (512) 536-4598<br>sasmith@fulbright.com | **Counsel for GlaxoSmithKline** |
| **David R. Iler, Esquire**<br>Fulbright & Jaworski, L.L.P.<br>1301 McKinney, Suite 5100<br>Houston, TX 77010<br>(713) 651-5441<br>Fax: (713) 651-5246<br>diler@fulbright.com | **Counsel for GlaxoSmithKline** |
| **Nina M. Gussack, Esquire**<br>**Eugene J. Kuzinski, Esquire**<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103<br>(215) 981-4950<br>Fax: (215) 981-4750<br>gussackn@pepperlaw.com<br>kuzinske@pepperlaw.com | **Counsel for GlaxoSmithKline** |

#726252

808140v1

| | |
|---|---|
| **Richard Josephson, Esquire**<br>**Paul R. Elliott, Esquire**<br>Baker Botts L.L.P.<br>910 Louisiana Street, Suite 2900<br>Houston, TX  77002-4995<br>(713) 229-1234<br>Fax: (713) 229-1522<br>richard.josephson@bakerbotts.com<br>paul.elliott@bakerbotts.com | **Counsel for Abbott Laboratories** |
| **Timothy E. Foley, Esquire**<br>**Daniel E. Cummins, Esquire**<br>Foley, Cognetti, Comerford & Cimini<br>700 Scranton Electric Building<br>507 Linden Street<br>Scranton, PA  18503-1666<br>(507) 346-0745<br>Fax: (507) 346-0776<br>fccclaw@aol.com | **Counsel for Abbott Laboratories** |
| **Debbie Moeller, Esquire**<br>Shook, Hardy & Bacon, LLP<br>One Kansas City Place<br>1200 Main Street<br>Kansas City, MO  64105-2118<br>(816) 474-6550<br>Fax: (816) 421-5547<br>dmoeller@shb.com | **Counsel for Eli Lilly & Company, Inc.** |
| **Jonathan Dryer, Esquire**<br>Wilson, Elser, Moskowitz,<br>   Edelman & Dicker, LLP<br>The Curtis Center, Suite 1130<br>East Independence Square West<br>Philadelphia, PA  19106<br>(215) 627-6900<br>Fax: (215) 627-2665<br>dryerj@wemed.com | **Counsel for Aventis Pasteur, Inc., Connaught Laboratories, Inc., Pasteur Merieux and Pasteur Merieux Connaught** |
| **Dino S. Sangiamo, Esquire**<br>**Margaret W. Baker, Esquire**<br>Venable Baetjer & Howard, LLP<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, MD  21201-2978<br>(410) 244-7679<br>Fax: (410) 244-7742<br>Dssangiamo@venable.com<br>mwbaker@venable.com | **Counsel for Merck & Company, Inc.** |

808140v1

| | |
|---|---|
| **Michael T. Scott, Esquire**<br>Andrea J. Rea, Esquire<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103<br>(215) 851-8100<br>Fax: (215) 851-1420<br>mscott@reedsmith.com<br>area@reedsmith.com | **Counsel for Wyeth** |
| **Scott Krevans, Esquire**<br>Conroy, Simberg, Ganon, Krevans & Able<br>3440 Hollywood Blvd., 2nd Floor<br>Hollywood, FL  33021 | **Counsel for American International Chemical, Inc.** |

808140v1