IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN J. CHESKIEWICZ, a minor by his parents and natural guardians, ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, and ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, in their own right.<br><br>Plaintiffs,<br><br>v.<br><br>AVENTIS PASTEUR, INC., et al.,<br><br>Defendants. | :<br>: No. 02-CV-3583<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

Kindly enter the appearance of the undersigned counsel for Defendant Merck & Company, Inc. in the above-captioned matter.

_____
Geff Blake

_____
Patricia C. Collins
**ELLIOTT REIHNER SIEDZIKOWSKI
 & EGAN, P.C.**
Union Meeting Corporate Center V
P.O. Box 3010
925 Harvest Drive
Blue Bell, PA 19422
(215) 977-1000

Dino S. Sangiamo
Margaret W. Baker
VENABLE BAETJER & HOWARD, LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201-2978
(410) 244-7400
Counsel for Merck & Co., Inc.

DATED: June 13, 2002

pcl: 52428.1

CERTIFICATE OF SERVICE

I, GEFF BLAKE, hereby certify that I have caused to be served this day a true and correct copy of the foregoing Entry of Appearance on counsel of record <u>via</u> first class mail, addressed as follows:

| | |
|---|---|
| Christopher A. Gomez, Esquire<br>Miller & Associates<br>Two Bala Plaza, Suite 300<br>Bala Cynwyd, PA  19004<br>(610)660-7779<br>cgomez@doctoratlaw.com | Counsel for Plaintiffs |
| Raymond Kolts, Esquire<br>Dean & Kolts<br>2020 Lakewood Drive, Suite 212<br>Coeur d'Alene, ID  83814<br>(208) 664-9844<br>Fax:  (208) 664-7794<br>rgk@deankolts.com | Counsel for Sigma-Aldrich |
| Stephanie A. Smith, Esquire<br>Fulbright & Jaworski, L.L.P.<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78702-3271<br>(512) 474-5201<br>Fax: (512) 536-4598<br>sasmith@fulbright.com | Counsel for GlaxoSmithKline |

| | |
|---|---|
| David R. Iler, Esquire<br>Fulbright & Jaworski, L.L.P.<br>1301 McKinney, Suite 5100<br>Houston, TX  77010<br>(713) 651-5441<br>Fax: (713) 651-5246<br>diler@fulbright.com | Counsel for GlaxoSmithKline |
| Nina M. Gussack, Esquire<br>Eugene J. Kuzinski, Esquire<br>Pepper Hamilton LLP<br>3000 Two Logan Square 18th and Arch Streets<br>Philadelphia, PA  19103<br>(215) 981-4950<br>Fax: (215) 981-4750<br>gussackn@pepperlaw.com<br>kuzinske@pepperlaw.com | Counsel for GlaxoSmithKline |
| Richard Josephson, Esquire<br>Paul R. Elliott, Esquire<br>Baker Botts L.L.P.<br>910 Louisiana Street, Suite 2900<br>Houston, TX  77002-4995<br>(713) 229-1234<br>Fax: (713) 229-1522<br>richard.josephson@bakerbotts.com<br>paul.elliott@bakerbotts.com | Counsel for Abbott Laboratories |
| Stephanie A. Scharf, Esquire<br>Jenner & Block LLC<br>One IBM Plaza<br>Chicago, IL  60611<br>(312) 222-9350<br>Fax: (312) 527-0484<br>sscharf@jenner.com | Counsel for Pfizer and Parke-Davis, Inc. |

pcl: 52428.1

| | |
|---|---|
| James A. Willhite, Jr., Esquire<br>Catherine M. Reisman, Esquire<br>Montgomery, McCracken,<br>  Walker & Rhoads, LLP<br>123 South Broad Street<br>Philadelphia, PA  19109<br>(215) 772-7248<br>Fax:  (215) 731-3968<br>jwillhite@mmwr.com<br>creisman@mmrw.com | Counsel for Pfizer and Parke-Davis, Inc. |
| Debbie Moeller, Esquire<br>Shook, Hardy & Bacon, LLP<br>One Kansas City Place<br>1200 Main Street<br>Kansas City, MO  64105-2118<br>(816) 474-6550<br>Fax: (816) 421-5547<br>dmoeller@shb.com | Counsel for Eli Lilly & Company, Inc. |
| Jonathan Dryer, Esquire<br>Wilson, Elser, Moskowitz,<br>  Edelman & Dicker, LLP<br>The Curtis Center, Suite 1130<br>East Independence Square West<br>Philadelphia, PA  19106<br>(215) 627-6900<br>Fax: (215) 627-2665<br>dryerj@wemed.com | Counsel for Aventis Pasteur, Inc.,<br>Connaught Laboratories, Inc., Pasteur<br>Merieux and Pasteur Merieux Connaught |
| Dino S. Sangiamo, Esquire<br>Margaret W. Baker, Esquire<br>Venable Baetjer & Howard, LLP<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, MD  21201-2978<br>(410) 244-7679<br>Fax: (410) 244-7742<br>dssangiamo@venable.com<br>mwbaker@venable.com | Counsel for Merck & Company, Inc. |

pcl: 52428.1

| | |
|---|---|
| Scott Krevans, Esquire<br>Conroy, Simberg, Ganon, Krevans & Able<br>3440 Hollywood Blvd., 2nd Floor<br>Hollywood, FL  33021<br>(954) 967-961-1400<br>Fax: (954)967-8577<br>skrevans@conroysimberg.com | Counsel for American International Chemical, Inc. |
| Michael T. Scott, Esquire<br>Andrea J. Rea, Esquire<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103<br>(215) 851-8100<br>Fax: (215) 851-1420<br>mscott@reedsmith.com<br>area@reedsmith.com | Counsel for Wyeth |

Scott Krevans, Esquire
Conroy, Simberg, Ganon, Krevans & Able
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL  33021
(954) 967-961-1400
Fax: (954)967-8577
skrevans@conroysimberg.com

Counsel for American International Chemical, Inc.

Michael T. Scott, Esquire
Andrea J. Rea, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8100
Fax: (215) 851-1420
mscott@reedsmith.com
area@reedsmith.com

Counsel for Wyeth

_____
Geff Blake
**ELLIOTT REIHNER SIEDZIKOWSKI**
  **& EGAN, P.C.**
Union Meeting Corporate Center V
P.O. Box 3010
925 Harvest Drive
Blue Bell, PA 19422
(215) 977-1000

DATED:   June 13, 2002

pcl: 52428.1