IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN J. CHESKIEWICZ, a Minor<br>ALLAN J. CHESKIEWICZ, Father,<br>and RITA M. CHESKIEWICZ, Mother<br>11 Woodside Dr.<br>Dallas, PA 18612,<br><br>              Plaintiffs,<br><br>   v.<br><br>AVENTIS PASTEUR, INC., et al.<br>             Defendants. | :<br>:<br>:<br>:<br>:<br>:   C. A. No.  02 CV-3583<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ENTRY OF APPEARANCE

Please enter the appearance of Nina M. Gussack and Eugene J. Kuzinski for defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, in the above-captioned action.

Dated: June 17, 2002

                                       Nina M. Gussack
                                       Eugene J. Kuzinski
                                       PEPPER HAMILTON LLP
                                       3000 Two Logan Square
                                       Eighteenth & Arch Streets
                                       Philadelphia, Pennsylvania 19103-2799
                                       (215) 981-4000

                                       Attorneys for Defendant
                                       SmithKline Beecham Corporation d/b/a
                                       GlaxoSmithKline