IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN J. CHESKIEWICZ, a minor, by his parents and natural guardians, ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, and ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, in their own right,<br><br>Plaintiffs,<br><br>v.<br><br>AVENTIS PASTEUR, INC., Individually and As successor in interest to CONNAUGHT LABORATORIES, INC., PASTEUR MERIEUX And PASTEUR MERIEUX CONNAUGHT, et al.,<br><br>Defendants. | : CIVIL ACTION<br>:<br>: NO: 02-3583<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PLAINTIFFS' MOTION FOR REMAND

COME NOW the plaintiffs, by and through counsel, and respectfully move this Court for entry of an order remanding this cse to the Court of Common Pleas of Philadelphia. As grounds for their motion, plaintiffs aver that this case was wrongfully removed and that complete diversity does not exist because:

(a) defendants cannot carry their burden of demonstrating that there is no possibility that plaintiffs could establish liability against the resident defendants under the laws of Pennsylvania;

(b) the state court could conclude that the minor plaintiff's injuries caused by exposure to thimerosal do not amount to vaccine-related injuries, such as to place his claim within the purview of the National Vaccine Injury Compensation Act;

(c) the state court could conclude that the minor plaintiff is not qualified to

seek relief pursuant to the aforesaid statute and is, therefore, exempt from its requirements; and,

(d) the state court could conclude that the parents' claim for medical expenses do not fall within the scope of the aforesaid statute, all as more fully set forth in plaintiffs' attached Memorandum Of Points And Authorities, which they incorporate herein by reference.

WHERFORE, for all the foregoing reasons, plaintiffs respectfully requests that this Court remand their case to the state court in which it was filed.

Respectfully submitted,

MILLER & ASSOCIATES

By_____
Christopher A. Gomez, Esquire
Michele A. DiMartino, Esquire
MILLER & ASSOCIATES
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004
(610) 660-7779
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing document was served upon the following parties by first class Mail, postage prepaid on this _____ day of June, 2002

E. David Chanin, Esquire
Tannenbaum & Chanin, LLP
1515 Market Street, 10th Floor
Philadelphia, PA 19102
Counsel for Eli Lilly & Company

Andrew See, Esquire
Deborah A. Moeller, Esquire
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
Counsel for Eli Lilly & Company, Inc.

Michael T. Scott, Esquire
Andrea J. Rea, Esquire
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Counsel for Wyeth, Wyeth Laboratories, Wyeth-Ayerst,
Wyeth-Ayerst Laboratories, Wyeth Lederle,
Wyeth Lederle Vaccines and Lederle Laboratories.

Stephen L. Urbanczyk, Esquire
F. Lane III, Esquire
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
Counsel for Wyeth, Wyeth Laboratories, Wyeth-Ayerst,
Wyeth-Ayerst Laboratories, Wyeth Lederle,
Wyeth Lederle Vaccines and Lederle Laboratories.

Jonathan Dryer, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLp
The Curtis Center, Suite 1130 E
Philadelphia, PA 19106
Counsel for Aventis Pasteur

Nina M. Gussack, Esquire
Eugene J. Kuzinski, Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Counsel for Smithkline Becham Corporation d/b/a
Glaxosmithkline

David R. Iler, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010
Counsel for Smithkline Becham Corporation d/b/a
Glaxosmithkline

Stephanie A. Smith, Esquire
Fulbright & Jaworski, LLP
600 Congress Avenue, Suite 2400
Austin, TX 78702-3271
Counsel for Smithkline Becham Corporation d/b/a
Glaxosmithkline

Joseph E. O'Neil, Esquire
Lavin, Coleman, O'Neil, Ricci,
Finarelli & Gray
Suite 1000
Penn Mutual Tower
510 Walnut Street
Philadelphia, PA 19106
Counsel for Abbott Laboratories

Richard Jospehson, Esquire
Paul R. Elliot, Esquire
Baker Botts LLP
910 Louisiana Street, Suite 2900
Houston, TX 77002-4995
Counsel for Abbott Laboratories

Timothy E. Foley, Esquire
Daniel E. Cummins, Esquire
Foley, Cognetti, Comerford & Cimini
700 Scranton Electric Building
507 Linden Street
Scranton, PA 18503-1666
Counsel for Abbott Laboratories

Denise H. Houghton, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103
Counsel for Sigma-Aldrich

Raymond Kolts, Esquire
Dean & Kolts
2020 Lakewood Drive, Suite 212
Coeur d' Alene, ID 83814
Counsel for Sigma-Aldrich

Dino S. Sangiamo, Esquire
Margaret W. Baker, Esquire
Venable Baetjer 7 Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201-2978
Counsel for Merck & Company, Inc.

Geff Blake, Esquire
Patricia Collins, Esquire
Elliot, Reihner, Siedzikowski & Egan, P.C.
Union Meeting Corporate Center V
P.O. Box 3010
925 Harvest Drive
Blue Bell, PA 19422
Counsel for Merck & Company, Inc.

Scott Krevans, Esquire
Conroy, Simberg, Ganon, Krevans & Able
3440 Hollywood Blvd., 2nd Floor
Hollywood, FL 33021
Counsel for American International Chemical, Inc.

John W. Dornberger, Esquire
Post & Schell
240 Grandview Avenue
Camp Hill, PA 17011
Counsel for American International Chemical, Inc.

Stephanie A. Scharf, Esquire
Jenner & Block LLC
One IBM Plaza
Chicago, IL 60611
Counsel for Pfizer, Inc.

5

                                        MILLER & ASSOCIATES

                                        BY:_____
                                               Michele A. DiMartino, Esquire

DATE: June ___, 2002

Case 2:02-cv-03583   Document 19   Filed 06/27/2002   Page 6 of 6

6