IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN J. CHESKIEWICZ, a minor by his parents and natural guardians, ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, and ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, in their own right. | : : No. 02-CV-3583 : : : : |
| Plaintiffs, | : |
| v. | : : |
| AVENTIS PASTEUR, INC., et al., | : : |
| Defendants. | : |

### ORDER

AND NOW, this ____ day of _____, 2002, upon consideration of Defendant Merck & Co. Inc.'s Motion for Admission of Paul F. Strain, Esquire and Dino S. Sangiamo, Esquire <u>Pro Hac Vice</u>, and any opposition thereto, and for good cause shown;

It is hereby **ORDERED, ADJUDGED and DECREED** that said Motion is **GRANTED** and that Paul F. Strain, Esquire and Dion S. Sangiamo, Esquire are hereby admitted <u>pro hac vice</u> as counsel for Defendant Merck & Co. Inc. in the above-captioned matter.

BY THE COURT:

_____
Norma L. Shapiro,    J.

pcl: 52697.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN J. CHESKIEWICZ, a minor by his parents and natural guardians, ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, and ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, in their own right. : : : : : : Plaintiffs, : v. : : AVENTIS PASTEUR, INC., et al., : : Defendants. : | No. 02-CV-3583 |

**DEFENDANT MERCK & CO. INC.'S MOTION FOR ADMISSION OF
PAUL F. STRAIN, ESQUIRE AND DION S. SANGIAMO, ESQUIRE
<u>PRO HAC VICE</u>**

Defendant, Merck & Co. Inc., by and through its undersigned counsel, respectfully moves this Court for an order admitting Paul F. Strain, Esquire and Dion S. Sangiamo, Esquire <u>pro</u> <u>hac</u> <u>vice</u> as counsel for Defendant Merck & Co. Inc. in the above-captioned matter and in support hereof, avers as follows:

1.	Defendant Merck & Co. Inc. is represented by Geff Blake, Esquire and Patricia C. Collins, Esquire of the firm of Elliott Reihner Siedzikowski & Egan, P.C.

2.	Paul F. Strain, Esquire practices law in the State of Maryland with his principal place of business located at Venable, Baetjer and Howard, LLP, 1800 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland, 21201. Mr. Strain was admitted to the bar of the State of Maryland in 1973, the bar of the State of Connecticut in 1972, and the bar of the District Columbia in 1986, and is a member of each of the foregoing state bars in good standing.

3. Dino S. Sangiamo, Esquire practices law in the State of Maryland with his principal place of business located at Venable, Baetjer and Howard, LLP, 1800 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland, 21201. Mr. Sangiamo was admitted to the bar of the State of Maryland in 1999, and the bar of the District of Columbia in 1992, and is a member of each of the foregoing state bars in good standing.

4. This matter involves a field of law in which Mr. Strain and Mr. Sangiamo have considerable experience. Further, they have spent considerable time learning about the nature of Defendant's business and the particulars of this case.

3. Defendant Merck & Co. Inc. has advised that it wishes to be represented in this matter by Mr. Strain and Ms. Sangiamo, as well as Attorney Blake and Attorney Collins, counsel already of record, as they have special knowledge of Defendant's business and of this particular type of matter and have undertaken considerable effort to date on Defendant's part in connection with this matter which effort should not be duplicated.

WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that this Court enter an Order admitting Paul F. Strain, Esquire and Dino S. Sangiamo, Esquire before this Court pro hac vice as counsel for Defendant Merck & Co. Inc. in this action.

2

Respectfully submitted,

_____
Geff Blake
Patricia C. Collins
**ELLIOTT REIHNER SIEDZIKOWSKI**
 **& EGAN, P.C.**
Union Meeting Corporate Center V
P.O. Box 3010
925 Harvest Drive
Blue Bell, PA 19422
(215) 977-1000

Paul F. Strain
Dino S. Sangiamo
**VENABLE BAETJER & HOWARD, LLP**
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201-2978
(410) 244-7400

Counsel for Merck & Co., Inc.

DATED:  July 3, 2002

3

## CERTIFICATE OF SERVICE

I, PATRICIA C. COLLINS, hereby certify that I have caused to be served this day a true and correct copy of the foregoing Motion for Admission of Paul F. Strain, Esquire and Dino S. Sangiamo, Esquire *Pro Hac Vice* to all counsel of record <u>via</u> first class mail, addressed as follows:

| | |
|---|---|
| Christopher A. Gomez, Esquire<br>Miller & Associates<br>Two Bala Plaza, Suite 300<br>Bala Cynwyd, PA  19004<br>(610)660-7779<br>cgomez@doctoratlaw.com | Counsel for Plaintiffs |
| Raymond Kolts, Esquire<br>Dean & Kolts<br>2020 Lakewood Drive, Suite 212<br>Coeur d'Alene, ID  83814<br>(208) 664-9844<br>Fax:  (208) 664-7794<br>rgk@deankolts.com | Counsel for Sigma-Aldrich |
| Stephanie A. Smith, Esquire<br>Fulbright & Jaworski, L.L.P.<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78702-3271<br>(512) 474-5201<br>Fax: (512) 536-4598<br>sasmith@fulbright.com | Counsel for GlaxoSmithKline |

| | |
|---|---|
| David R. Iler, Esquire<br>Fulbright & Jaworski, L.L.P.<br>1301 McKinney, Suite 5100<br>Houston, TX  77010<br>(713) 651-5441<br>Fax: (713) 651-5246<br>diler@fulbright.com | Counsel for GlaxoSmithKline |
| Nina M. Gussack, Esquire<br>Eugene J. Kuzinski, Esquire<br>Pepper Hamilton LLP<br>3000 Two Logan Square 18th and Arch Streets<br>Philadelphia, PA  19103<br>(215) 981-4950<br>Fax: (215) 981-4750<br>gussackn@pepperlaw.com<br>kuzinske@pepperlaw.com | Counsel for GlaxoSmithKline |
| Richard Josephson, Esquire<br>Paul R. Elliott, Esquire<br>Baker Botts L.L.P.<br>910 Louisiana Street, Suite 2900<br>Houston, TX  77002-4995<br>(713) 229-1234<br>Fax: (713) 229-1522<br>richard.josephson@bakerbotts.com<br>paul.elliott@bakerbotts.com | Counsel for Abbott Laboratories |
| Stephanie A. Scharf, Esquire<br>Jenner & Block LLC<br>One IBM Plaza<br>Chicago, IL  60611<br>(312) 222-9350<br>Fax: (312) 527-0484<br>sscharf@jenner.com | Counsel for Pfizer and Parke-Davis, Inc. |

James A. Willhite, Jr., Esquire
Catherine M. Reisman, Esquire
Montgomery, McCracken,
  Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-7248
Fax:  (215) 731-3968
jwillhite@mmwr.com
creisman@mmrw.com

Counsel for Pfizer and Parke-Davis, Inc.

Debbie Moeller, Esquire
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO  64105-2118
(816) 474-6550
Fax: (816) 421-5547
dmoeller@shb.com

Counsel for Eli Lilly & Company, Inc.

Jonathan Dryer, Esquire
Wilson, Elser, Moskowitz,
  Edelman & Dicker, LLP
The Curtis Center, Suite 1130
East Independence Square West
Philadelphia, PA  19106
(215) 627-6900
Fax: (215) 627-2665
dryerj@wemed.com

Counsel for Aventis Pasteur, Inc., Connaught Laboratories, Inc., Pasteur Merieux and Pasteur Merieux Connaught

Paul F. Strain, Esquire
Dino S. Sangiamo, Esquire
Venable Baetjer & Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD  21201-2978
(410) 244-7679
Fax: (410) 244-7742
dssangiamo@venable.com
pfstrain@venable.com

Counsel for Merck & Company, Inc.

| | |
|---|---|
| Scott Krevans, Esquire<br>Conroy, Simberg, Ganon, Krevans & Able<br>3440 Hollywood Blvd., 2nd Floor<br>Hollywood, FL  33021<br>(954) 967-961-1400<br>Fax: (954)967-8577<br>skrevans@conroysimberg.com | Counsel for American International Chemical, Inc. |
| Michael T. Scott, Esquire<br>Andrea J. Rea, Esquire<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103<br>(215) 851-8100<br>Fax: (215) 851-1420<br>mscott@reedsmith.com<br>area@reedsmith.com | Counsel for Wyeth |

_____
Patricia C. Collins, Esquire
**ELLIOTT REIHNER SIEDZIKOWSKI & EGAN, P.C.**
Union Meeting Corporate Center V
P.O. Box 3010
925 Harvest Drive
Blue Bell, PA 19422
(215) 977-1000

DATED:   July 3, 2002