IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN J. CHESKIEWICZ, a Minor<br>ALLAN J. CHESKIEWICZ, Father,<br>and RITA M. CHESKIEWICZ, Mother<br>11 Woodside Dr.<br>Dallas, PA 18612,<br><br>          Plaintiffs,<br><br>   v.<br><br>AVENTIS PASTEUR, INC., et al.<br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:   C. A. No.  02 CV-3583<br>:   (Judge Norma Shapiro)<br>:<br>:<br>:<br>:<br>:<br>: |

### DEFENDANT SMITHKLINE BEECHAM CORPORATION'S JOINDER IN DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline hereby joins in Defendants' Opposition to Plaintiffs' Motion to Remand, filed on July 3, 2002 by Defendant Wyeth, Wyeth Laboratories, Wyeth-Ayerst, Wyeth-Ayerst Laboratories, Wyeth Lederle, Wyeth Lederle Vaccines and Lederle Laboratories.

Dated: July 8, 2002

                                          Nina M. Gussack
                                          Eugene J. Kuzinski
                                          PEPPER HAMILTON LLP
                                          3000 Two Logan Square
                                          Eighteenth & Arch Streets
                                          Philadelphia, Pennsylvania 19103-2799
                                          (215) 981-4000

                                          Attorneys for Defendant
                                          SmithKline Beecham Corporation d/b/a
                                          GlaxoSmithKline