IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN J. CHESKIEWICZ, a minor, by his parents and natural guardians, ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, and ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, in their own right,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AVENTIS PASTEUR, INC., et al.<br><br>　　　　　　　Defendants. | Civil Action No. 02-CV-3583 |

### NOTICE OF VOLUNTARY DISMISSAL

Now come the Plaintiffs, by and through counsel, and voluntarily dismiss the case against Defendant Merck & Co., Inc. without prejudice.

Respectfully submitted,

*[signature]*
Dominique Michel, Esquire
Christopher A. Gomez, Esquire
MILLER & ASSOCIATES
809 Cameron Street
Alexandria, VA 22314
　And
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this _8th_ day of July, 2002, a true copy of the foregoing Voluntary Dismissal was served by regular mail upon the following:

Jonathan Dryer, Esquire
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
The Curtis Center
Suite 12130, East
Independence Square West
Philadelphia, PA 19106

Attorneys for Defendants
Aventis Pasteur, Inc., Connaught
Laboratories, Inc.,
Pasteur Merieux and Pasteur Merieux
Connaught

Michael T. Scott, Esquire
Andrea J. Rea, Esquire
Reed Smith LLP
2600 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Attorneys for Defendant Wyeth, Inc.

Joseph E. O'Neil, Esquire
Lavin, Coleman, O'Neil, Ricci,
       Finarelli & Gray
Suite 1000
Penn Mutual Tower
510 Walnut Street
Philadelphia, PA 19106

Attorneys for Defendant
Abbott Laboratories

Geff Blake
Elliot, Reihner, Siedzikowski & Egan,
PC
400 Spruce Street, Suite 300
Scranton, PA 18503

Attorney for Defendant
Merck & Company

Raymond Kolts, Esquire
Dean & Kolts
202 Lakewood Drive
Coeur d'Alene, ID 83814

Attorneys for Defendant
Sigma-Aldrich, Inc.

John W. Dornberger, Esquire
Post & Schell, P.C.
240 Grandview Avenue
Harrisburg, PA 17011

Attorneys for Defendant
American International Chemical, Inc.

E. David Chanin, Esquire
Tannenbaum & Chanin, LLP
1515 Market Street, 10th Floor
Philadelphia, PA 19102

Attorneys for Defendant
Eli Lilly and Company

Nina M. Gussack, Esquire
Eugene J. Kuzinski, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Attorneys for Defendants
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

_____
Counsel