```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**ALAN J. CHESKIEWICZ, A MINOR** : **CIVIL ACTION**
**BY HIS PARENTS AND NATURAL**   :
**GUARDIANS, ALLAN J.**          :
**CHESKIEWICZ AND RITA M.**      :
**CHESKIEWICZ,** *et al.*        :
                                 :
        **v.**                   :
                                 :
**ADVENTIS PASTEUR, INC.,**      :
*et al.*                         : **No. 02-3583**


### ORDER

    AND NOW, this 17th day of July, 2002, after a hearing on July 8, 2002, in which all parties had an opportunity to be heard, the plaintiffs having filed a reply brief as permitted by the court on that date, it is **ORDERED** that the defendants have leave to file a sur-reply brief **on or before <u>JULY 26, 2002</u>**.

 

                                                    Norma L. Shapiro, S.J.