## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN J. CHESKIEWICZ, a minor, by his parents and natural guardians, ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ, and ALLAN J. CHESKIEWICZ and RITA M. CHESKIEWICZ in their own right<br><br>Plaintiffs<br><br>v.<br><br>AVENTIS PASTEUR, INC., et al.<br><br>Defendants. | CIVIL ACTION NO. 01-CV-3583 |

### NOTICE OF VOLUNTARY DISMISSAL

Now come the Plaintiffs, by and through counsel, and voluntarily dismiss the case against Defendant Abbott Laboratories without prejudice.

Respectfully submitted,

_____
Dominique Michel, Esquire
Christopher A. Gomez, Esquire
MILLER & ASSOCIATES
809 Cameron Street
Alexandria, VA  22314
          and
Two Bala Plaza, Suite 300
Bala Cynwyd, PA  19004

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on this _____ day of _____, 2002, a true and correct copy of the foregoing document was served on all counsel of record by certified mail, return receipt requested.

 

                                              _____
                                              Counsel